**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| John W. Peterson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **AND GRANTING CHANGE OF VENUE** |
| vs. | ) | |
| | ) | |
| Canadian Pacific Railway Company, | ) | |
| (CP Rail) a/k/a, Soo Line Railroad | ) | Case No. 4:07-cv-022 |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |

On May 10, 2007, the parties filed a pleading entitled "Stipulation to Change Venue to United States District Court, D.N.D. Southeastern Division." <u>See</u> Docket No. 10.  The law governing a change in venue is set forth in 28 U.S.C. § 1404 and provides in part that "[u]pon motion, consent or stipulation of all parties, any action suit or proceeding of a civil nature of any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district."  28 U.S.C. § 1404(b).

The Court **ADOPTS** the stipulation (Docket No. 10) in its entirety and **ORDERS** that the venue for all future proceedings shall be changed to United States District Court for the District of North Dakota, Southeastern Division, in Fargo, North Dakota.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2007.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court